IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH HENRY THORNTON,**<br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,**<br>**Defendant.** | **CIVIL ACTION NO. 12-2524** |

## ORDER

AND NOW, this 7th day of February, 2013, upon careful and independent consideration of Plaintiff Joseph Henry Thronton's Request for Review (ECF 3), the parties' briefing, and for the reasons discussed in the accompanying Memorandum, it is hereby ORDERED:

(1) Plaintiff's Request for Review is DENIED and his Complaint is DISMISSED with prejudice;

(2) The April 14, 2010 decision of the Administrative Law Judge is AFFIRMED; and

(3) The Clerk of Court is directed to mark the case as CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-2524 Thronton v. Astrue\12cv2524.Order re Request for Review.docx